

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00227-CV

PETER LYDEN, Appellant

V.

JACKIE ALDRIDGE, Appellee

§    On Appeal from County Court at Law No. 1

§    of Parker County (CIV-23-0139)

§    October 12, 2023

§    Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that denies Lyden's TCPA motion to dismiss as it pertains to Aldridge's defamation claim. We reverse in part and render judgment dismissing Aldridge's IIED claim and remand this matter for further proceedings consistent with our memorandum opinion of even date herewith.

It is further ordered that each party shall pay their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
　　Justice Brian Walker